IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, <br> *ex rel.* K-VA-T LITIGATION <br> PARTNERSHIP, LLP <br><br> Plaintiffs, <br><br> v. <br><br> K-VA-T FOOD STORES, INC, <br> d/b/a FOOD CITY, <br><br> Defendant. | Civil Action No. 3:20-CV-436 <br><br> **FILED EX PARTE AND** <br> **UNDER SEAL** |

### THE COMMMONWEALTH OF VIRGINIA'S NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and the Virginia Fraud Against Taxpayers Act, VA. CODE ANN. §§ 8.01-216.1-19, the Commonwealth of Virginia hereby respectfully notifies this Court of its decision to intervene in the above-captioned action for the purposes of settlement.

The Commonwealth of Virginia, Relator K-VA-T Litigation Partnership, LLP ("Relator"), and Defendant K-VA-T Food Stores, Inc. d/b/a Food City ("Defendant"), have reached an agreement to resolve this action and have executed the settlement agreement. Pursuant to the terms and conditions of the settlement agreement, the Commonwealth of Virginia and Relator will file a joint stipulation of dismissal upon receipt of the payment described in the settlement agreement, which is due December 26, 2024.

Respectfully submitted,

**COMMONWEALTH OF VIRGINIA**

By: _/s/ Adele M. Neiburg_
ADELE M. NEIBURG
Senior Assistant Attorney General
(VSB No. 68482)
Admission PHV
Virginia Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
P: (804) 786-3238
F: (804) 786-Office
aneiburg@oag.state.va.us
Counsel to the Commonwealth of Virginia

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2024, I caused a copy of THE COMMONWEALTH OF VIRGINIA'S NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT to be served by first-class mail, postage prepaid, upon:

Jerry Martin
Seth Hyatt
Barrett, Johnston, Martin & Ganison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

W. Scott Simmer
Will Powers
Baron & Budd, P.C.
The Watergate, 10th Floor
600 New Hampshire Ave. NW
Washington, DC 20037
ssimmer@baronbudd.com
wpowers@baronbudd.com

**Attorneys for Plaintiff/Relator**

W. Anthony Hullender
Deputy Attorney General
Medicaid Fraud & Integrity Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
tony.hullender@ag.tn.gov

**Attorney for State of Tennessee**

Richard W. Tangum
Senior Assistant Attorney General
Georgia Attorney General's Office
200 Piedmont Ave, S.E.
West Tower, 19th Floor
Atlanta, GA 30334
rtangum@law.ga.gov

**Attorney for the State of Georgia**

_(signed)_
ADELE M. NEIBURG
Senior Assistant Attorney General
(VSB No. 68482)
Admission PHV
Virginia Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
P: (804) 786-3238
F: (804) 786-Office
Email: aneiburg@oag.state.va.us