UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. )<br>*ex rel.* K-VA-T LITIGATION )<br>PARTNERSHIP, LLP )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>K-VA-T FOOD STORES, INC, )<br>d/b/a FOOD CITY, )<br> )<br>Defendant. )<br>_____) | Civil Action No. 3:20-CV-436<br>Collier/Poplin |

## JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES AND RELATOR

The United States of America and Relator K-VA-T Litigation Partnership, LLP, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate that they have entered into a Settlement Agreement with Defendant K-VA-T Food Stores, Inc. d/b/a Food City ("Food City"), which was attached to the United States' Notice of Intervention for the Purpose of Settlement filed on December 2, 2024, and that the Amended Complaint in the above-styled action shall be dismissed, in accordance with and subject to the terms of the Settlement Agreement, as follows:

(1) The United States and the Relator are voluntarily dismissing, with prejudice, the claims asserted by the Relator in this action on behalf of the United States against Food City that are set forth in the Covered Conduct as defined in Recital D of the Settlement Agreement;

(2) In addition, the Relator is voluntarily dismissing, with prejudice to the Relator and without prejudice to the United States, all remaining claims asserted by the Relator in this action except for claims asserted on behalf of Plaintiff State Virginia, which are the subject of a separate agreement and will be addressed through a separate stipulation.

1

The Court retains jurisdiction over the United States, the Relator, and Food City to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

FRANCIS M. HAMILTON III
United States Attorney

By: *Alan G. McGonigal /by FCM with permission*
Alan G. McGonigal, West Virginia Bar No. 6075
Alexa Ortiz Hadley, BPR #036892
Assistant United States Attorneys
800 Market St., Suite 211
Knoxville, TN 37902
(865) 545-4167
Alan.McGonigal@usdoj.gov
Alexa.Hadley@usdoj.gov

Jamie Ann Yavelberg
Natalie A. Waites
Elizabeth J. Kappakas
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, NE
Washington, DC 20002
Ph: (202) 305-2479
elizabeth.j.kappakas@usdoj.gov

*Counsel for the United States*

2

Case 3:20-cv-00436-CLC-DCP   Document 53   Filed 12/23/24   Page 2 of 4   PageID #: 657

RELATOR K-VA-T LITIGATION
PARTNERSHIP, LLP

By: _W. Scott Simmer/by RCM for AGM with permission_
Jerry Martin
Seth Hyatt
Barrett, Johnston, Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

W. Scott Simmer
Will Powers
Baron & Budd, P.C.
The Watergate, 10th Floor
600 New Hampshire Ave. NW
Washington, DC 20037
ssimmer@baronbudd.com
wpowers@baronbudd.com

*Attorneys for Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on Dec 23, 2024, a true and correct copy of the foregoing was mailed first class, postage prepaid, and/or sent electronically to the following:

Richard W. Tangum
Georgia Attorney General's Office
200 Piedmont Ave SE
West Tower, 19th Floor
Atlanta, GA 30334
rtangum@law.ga.gov

*Attorney for the State of Georgia*

Adele M. Neiburg
Virginia Office of the Attorney General
900 E. Main St.
Richmond, VA 32319
ANeiburg@oag.state.va.us

*Attorney for the Commonwealth of Virginia*

/s/ Alan G. McGonigal /by PCM
Alan G. McGonigal
Assistant U.S. Attorney

4

Case 3:20-cv-00436-CLC-DCP   Document 53   Filed 12/23/24   Page 4 of 4   PageID #: 659